1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
     450 Golden Gate Avenue, Box 36055
5    San Francisco, California 94102
     Telephone: (415) 436-6915
6    FAX: (415) 436-6927

7  Attorneys for Defendants

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCSICO DIVISION
11
   SURABI MENON,                      )
12                                    )  No. C 08-0207 JSW
                  Plaintiff,          )
13                                    )
          v.                          )  **[PROPOSED] ORDER**
14                                    )
   MICHAEL CHERTOFF, Secretary of the )
15 Department of Homeland Security (DHS); )
   EMILIO T. GONZALEZ, Director of the )
16 U.S. Citizenship and Immigration Service, )
   (USCIS);                           )
17 DONALD NEUFELD, Director of California ) Date:  June 6, 2008
   Service Center of USCIS;           )  Time:  9:00 a.m.
18 ROBERT S. MUELLER, III, Director of )
   Federal Bureau of Investigation (FBI), )
19                                    )
                  Defendants.          )
20 _____)

21
       This matter came before the Court on defendants' motion to dismiss pursuant to Fed. R. Civ.
22
   P. 12(b)(1) and 12(b)(6). The Court has carefully considered the pleadings of record. The Court
23
   grants the defendants' motion to dismiss for failure to state a claim and for lack of subject matter
24
   jurisdiction.
25
       IT IS SO ORDERED.
26
   Dated:                                          _____
27                                                 JEFFREY S. WHITE
                                                   United States District Judge
28

   [PROPOSED] ORDER
   C08-0207 JSW                          1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
C08-0207 JSW                              2