JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94l02
    Telephone: (4l5) 436-6915
    Facsimile: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SURABI MENON, | No. C 08-0207 JSW |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security (DHS), et al., | |
| Defendants. | |

The undersigned certifies that she is an employee of the office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of the following:

**1. DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS;** and

**2. [PROPOSED] ORDER]**

 e-filed on March14, 2007 and this **PROOF OF SERVICE** to be served this date by mail upon the person(s) at the address(es) stated below, which is (are) the last known address(es):

Surabi Menon, Pro Se
125 Divisadero Street
San Francisco, CA 94117

///

PROOF OF SERVICE
C 08-0207 JSW

1

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct. Executed on March 17, 2008 at San Francisco, California.
3
4
5                                  /s/
                CAROL E. WEXELBAUM
6                  Legal Assistant
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE
C 08-0207 JSW

2