JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SURABI MENON, | ) |
|     Plaintiff, | ) No. C 08-0207 JSW |
|     v. | ) **STIPULATION TO DISMISS; AND** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security (DHS); EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Service, (USCIS); DONALD NEUFELD, Director of California Service Center of USCIS; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation (FBI), | ) **[PROPOSED] ORDER** |
|     Defendants. | ) |

    Plaintiff, proceeding *pro se*, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismiss the above-entitled action. The dismissal will be without prejudice to re-filing should the plaintiff determine that a new action is required in the future.

STIPULATION TO DISMISS
C08-0207 JSW

1
2  DATED: April 1, 2008                    Respectfully submitted,
3                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
4
5                                                 /s/
                                           EDWARD A. OLSEN
6                                          Assistant United States Attorney
                                           Attorneys for Defendants
7
8  DATED: April 1, 2008                           /s/
                                           SURABI MENON
9                                          Pro Se
10
11
                                    **ORDER**
12
   Pursuant to stipulation, IT IS SO ORDERED.
13
14
15 Dated: _____
                              JEFFREY S. WHITE
16                            United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28
   STIPULATION TO DISMISS
   C08-0207 JSW