1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102
        Telephone: (415) 436-6915
6       FAX: (415) 436-6927

7  Attorneys for Defendants

8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   SURABI MENON,                    )
12                                  )   No. C 08-0207 JSW
              Plaintiff,            )
13                                  )
         v.                         )   **STIPULATION TO DISMISS; AND**
14                                  )   **[PROPOSED] ORDER**
   MICHAEL CHERTOFF, Secretary of the )
15 Department of Homeland Security (DHS); )
   EMILIO T. GONZALEZ, Director of the )
16 U.S. Citizenship and Immigration Service, )
   (USCIS);                         )
17 DONALD NEUFELD, Director of California )
   Service Center of USCIS;         )
18 ROBERT S. MUELLER, III, Director of )
   Federal Bureau of Investigation (FBI), )
19                                  )
              Defendants.           )
20 _____)

21     Plaintiff, proceeding *pro se*, and defendants, by and through their attorneys of record, hereby

22 stipulate, subject to approval of the Court, to dismiss the above-entitled action.  The dismissal will

23 be without prejudice to re-filing should the plaintiff determine that a new action is required in the

24 future.

25

26

27

28

   STIPULATION TO DISMISS
   C08-0207 JSW

| | |
|---|---|
| DATED: April 1, 2008 | Respectfully submitted,<br><br>JOSEPH P. RUSSONIELLO<br>United States Attorney<br><br>/s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| DATED: April 1, 2008 | /s/<br>SURABI MENON<br>Pro Se |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: April 2, 2008   _____
                        JEFFREY S. WHITE
                        United States District Judge

STIPULATION TO DISMISS
C08-0207 JSW