| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6915 |
| 6 | FAX: (415) 436-6927 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SURABI MENON, | ) | |
| | ) | No. C 08-0207 JSW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS; AND** |
| | ) | **[PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security (DHS); | ) | |
| EMILIO T. GONZALEZ, Director of the | ) | |
| U.S. Citizenship and Immigration Service, | ) | |
| (USCIS); | ) | |
| DONALD NEUFELD, Director of California | ) | |
| Service Center of USCIS; | ) | |
| ROBERT S. MUELLER, III, Director of | ) | |
| Federal Bureau of Investigation (FBI), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, proceeding *pro se*, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismiss the above-entitled action. The dismissal will be without prejudice to re-filing should the plaintiff determine that a new action is required in the future.

STIPULATION TO DISMISS
C08-0207 JSW

| | |
|---|---|
| DATED: April 1, 2008 | Respectfully submitted, |
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| DATED: April 1, 2008 | /s/<br>SURABI MENON<br>Pro Se |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: April 2, 2008  _____
JEFFREY S. WHITE
United States District Judge

STIPULATION TO DISMISS
C08-0207 JSW